**UNITED STATES of America,
Appellee,**

v.

**Felipe CARMELO–GOMEZ, Appellant.**

No. 11–1006.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 18, 2011.

Filed: June 13, 2011.

Lolita A. Velazquez–Aguilu, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Felipe Carmelo–Gomez, Folkston, GA, pro se.

Katherine M. Menendez, Assistant, Lyonel Norris, Assistant, Federal Public Defender, Federal Public Defender's Office, Minneapolis, MN, for Appellant.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

**PER CURIAM.**

Felipe Carmelo–Gomez pleaded guilty to unlawfully reentering the United States after having been deported following conviction for an aggravated felony, in violation of 8 U.S.C. § 1326(a), (b)(2). The district court[1] sentenced him to 24 months in prison, below the Guidelines range. On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is unreasonable.

We conclude that the district court did not abuse its discretion or impose an unreasonable sentence, because it calculated the undisputed advisory Guidelines sentencing range, considered relevant factors under 18 U.S.C. § 3553(a), and explained its reasons for the sentence. *See United States v. Feemster,* 572 F.3d 455, 461 (8th Cir.2009) (en banc).

Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw and we affirm the judgment.

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.